Mary E. Mann, *Administratrix, etc., Respondent, v.* The Delaware and Hudson Canal Company, *Appellants:* — Judgment and order affirmed, with costs. Learned, P. J., not acting.

The Attorney-General of the State of New York *v.* The Continental Life Insurance Company. — Order refusing leave to revalue death claims affirmed, with ten dollars costs and printing disbursements.

Frank J. Beger, *Respondent, v.* Thomas A. Pagett, *Appellant.* — Order reversed, with ten dollars costs and printing disbursements. Mem. by Learned, P. J.

Frank J. Enz and Thomas G. Miller, *Respondents, v.* William J. Smith, *Appellant.* — Judgment affirmed, with costs.

Lyman S. Ellis, *Respondent, v.* Orson C. Brown and Daniel Lane, *Appellants.* — Judgment affirmed, with costs.

Samuel B. Beers, *Appellant, v.* Fred. S. Cook, *Respondent.* — Judgment of County Court reversed and that of justice affirmed, with costs. Mem. by Learned, P. J.

Theodore F. H. Meyer, *Appellant, v.* Hiram Phillips and Arthur Finkle, *Respondents.* — Judgment affirmed, with costs. Mem. by Bockes, J.

Mary E Bundy, *Appellant, v.* George W. Parkins and John G. Parkins, *Respondents.* — Judgment of County Court reversed and that of justices affirmed, with costs. Mem. by Learned, P. J.

Daniel W. Whitaker, *Appellant, v.* William L. Ford and John B. Perry, *Respondents.* — Judgment affirmed, with costs. Mem. by Learned, P. J.

Catharine Fagan, *Respondent, v.* Samuel H. Gurney, *Appellant.* — Judgment affirmed, with costs. Mem. by Learned, P. J.

Ransom Stanley, *Respondent, v.* Merrick Ogden, *Appellant.* — Judgment affirmed, with costs.

Celestina Meeker and Henry Meeker, *Administratrix and Administrator, etc., Appellants, v.* Cordelia Wright and Nelson Wright, *Respondents.* — Judgment affirmed, with costs.

In the Matter of Proving the Will of Ambrose Higgins, *Deceased.* — Decree affirmed, with costs against the appellants. Opinion by Boardman, J.

First National Bank of Elmira and Elijah B. Smith, *Respondents, v.* John T. Rathbun and Newton P. Fassett, *Executors, etc., Appellants,* and John T. Rathbun. — Order of General Term, as entered by defendant, set aside as not according to decision, and order entered by plaintiff directed to stand, with ten dollars costs to plaintiff.

Salisbury *v.* McClaskey. — Motion to go to Court of Appeals denied.